UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **DORIS BURNISH** ) | Case Number: 09-6230 |
| ) | |
| **Plaintiff** ) | |
| ) | |
| vs. ) | CIVIL ACTION |
| ) | |
| **BONDED CREDIT BUREAU,** ) | |
| **INC. d/b/a DRS BONDED** ) | |
| ) | RECEIVED |
| **Defendant** ) | |
| ) | MAR - 9 2010 |

AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that plaintiff, Doris Burnish, pursuant to Rule 41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses the action captioned above, with prejudice.

BY: /s/ Bruce K. Warren
Bruce K. Warren, Esquire
Attorney for Plaintiff
Attorney I.D. #89677
Warren & Vullings, LLP
1603 Rhawn Street
Philadelphia, PA 19111
215-745-9800

*So Ordered
Case closed*
[signature]